**Order entered July 2, 2019**



In The
# Court of Appeals
# Fifth District of Texas at Dallas

## No. 05-18-00890-CR

### CURTIS DEWIGHT NELSON, Appellant

### V.

### THE STATE OF TEXAS, Appellee

**On Appeal from the 59th Judicial District Court**
**Grayson County, Texas**
**Trial Court Cause No. 068322**

## ORDER

When appellant's brief, initially due on December 26, 2018, was not filed, we abated the appeal for a hearing to determine why the brief had not been filed. The trial court held a hearing and made findings, including that appellant was indigent and entitled to counsel. The trial court then appointed Don Jarvis (former retained counsel) to represent appellant on appeal. Because appellant had been found indigent, we ordered the court reporter to file the reporter's record; it was filed April 8, 2019. We granted a motion for extension of time to file the brief, making the brief due May 16, 2019. When the brief was not filed, we notified counsel by postcard dated May 20, 2019 and directed him to file the brief and a motion to extend time within ten days. We cautioned that the failure to do so would result in the appeal being abated for a hearing. To date, no brief has been filed and we have had no communication from appellate counsel.

Therefore, we **ORDER** the trial court to conduct a hearing to determine why appellant's brief has not been filed. In this regard, the trial court shall make appropriate findings and recommendations and determine whether appellant desires to prosecute this appeal, whether appellant has abandoned the appeal, or whether appointed counsel has abandoned the appeals. *See* TEX. R. APP. P. 38.8(b). If the trial court cannot obtain appellant's presence at the hearing, the trial court shall conduct the hearing in appellant's absence. *See Meza v. State*, 742 S.W.2d 708 (Tex. App.–Corpus Christi 1987, no pet.) (per curiam). If appellant is indigent, the trial court is **ORDERED** to take such measures as may be necessary to assure effective representation, which may include appointment of new counsel.

We **ORDER** the trial court to transmit a record of the proceedings, which shall include written findings and recommendations, to this Court within **THIRTY DAYS** of the date of this order.

We **DIRECT** the Clerk to send copies of this order to the Honorable Larry Phillips, Presiding Judge, 59th Judicial District Court; to Don Jarvis, Jr.; and to the Grayson County District Attorney's Office.

This appeal is **ABATED** to allow the trial court to comply with the above order. The appeal shall be reinstated thirty days from the date of this order or when the findings are received, whichever is earlier.

/s/     ROBERT D. BURNS, III
CHIEF JUSTICE